IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00401-REB-PAC

STEVE MCINTYRE and
KIMBERLY MCINTYRE,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion for Amended Scheduling Order, filed September 29, 2006, is **DENIED WITHOUT PREJUDICE**.  The parties have failed to state "good cause," under Fed.R.Civ.P. 16(b), for amendment of the Rule 26(a)(2) deadlines.

Dated: October 2, 2006