IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00401-REB-PAC

STEVE MCINTYRE and
KIMBERLY MCINTYRE,

      Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO,

      Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion for Leave to Amend Response to Plaintiffs' Motion for Protective Order and Request for Expedited Ruling (Doc. #31), filed October 13, 2006, is **GRANTED**.  The Amended Response to Plaintiffs' Motion for Protective Order, attached to the Motion as Ex. A, shall be filed this date.

Dated: October 16, 2006