IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00401-REB-PAC

STEVE MCINTYRE and
KIMBERLY MCINTYRE,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave to File Surreply Brief in Support of their Opposition to Defendant's Motion to Dismiss, filed December 28, 2006, is **DENIED**. Defendant did not raise any new substantive arguments in its Reply brief in support of its Motion to Dismiss which require a response from the plaintiffs. *See Pippin v. Burlington Resources Oil And Gas Co.*, 440 F.3d 1186, 1192 (10th Cir. 2006)(recognizing that if the court relies on new arguments in a reply brief, it must afford the non movant an opportunity to respond)(internal citations omitted).

Dated: January 4, 2007

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on January 4, 2007, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-

The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference was served on January 4, 2007 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk