IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00401-REB-PAC

STEVE MCINTYRE and
KIMBERLY MCINTYRE,

    Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO,

    Defendant(s).
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Strike Plaintiffs' Motion for Summary Judgment (Doc. #72), filed January 11, 2007, is **DENIED**.  It is

    FURTHER **ORDERED** that defendant's response to Plaintiffs' Motion for Summary Judgment is due **on or before January 22, 2007.**

Dated: January 16, 2007