### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00401-REB-PAC

STEVEN MCINTYRE and KIMBERLY MCINTYRE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO

    Defendant.

## ORDER ON PENDING MOTIONS

**THIS MATTER**, having come before the Court, the Court having received and reviewed Plaintiffs' Motion for Protective Order [Doc. # 26], Plaintiffs' Motion for Sanctions [Doc. # 27], Defendant's Motion to Determine Sufficiency of Answers [Doc. # 38], Defendant's Motion to Compel [Doc. #39], and Plaintiff's Motion for Discovery Guidance [Doc. # 47], and having heard arguments regarding the above motions on December 12, 2006, the Court hereby Orders as follows, for reasons stated on the record during the hearing:

With respect to Plaintiffs' Motion for Protective Order, Plaintiffs' Motion is DENIED. David Baumgarten, the County Attorney for Defendant Gunnison County, may view and consider any discovery materials, whether or not they are marked as "confidential" pursuant to the Protective Order [Doc. # 18], and may be present at any deposition. Furthermore, the Board of County Commissioners for Gunnison County may view and consider any discovery materials, whether or not they are marked as "confidential" pursuant to the Protective Order [Doc. # 18],

**Exhibit A**

and may be present at any deposition. Rod Capron, as representative of County Technical Services, the insurance pool that insures Defendant Gunnison County in this matter, may also view and consider any discovery materials, whether or not they are marked as "confidential" pursuant to the Protective Order [Doc. # 18], and may be present at any deposition.

Plaintiffs' Motion for Sanctions is DENIED as moot.

With respect to Defendant's Motion to Determine Sufficiency of Answers, the Court deems that Plaintiffs have admitted Defendant's Request for Admission No. 4. All other relief requested by Defendant in that Motion is DENIED.

With respect to Defendant's Motion to Compel, the Court orders that, pursuant to the agreement of the parties, Plaintiffs will provide Defendant Gunnison County with a redacted Schedule C of Plaintiffs' 2004 and 2005 tax returns by January 2, 2007. Plaintiffs will provide Defendant Gunnison County with a redacted Schedule C of their 2006 tax return as soon as it is available. Additionally, the Court orders that, pursuant to the agreement of the parties, Plaintiffs will provide any remaining documents, including but not limited to any invoices related to litigation costs, that are related to or are evidence of any claimed damages by January 2, 2007. All other relief requested by Defendant Gunnison County in that Motion is DENIED.

With respect to Plaintiffs' Motion for Discovery Guidance, it is ordered that all information that Plaintiff has heretofore marked as "confidential" shall no longer be considered "confidential" pursuant to the Protective Order [Doc. # 18]. This information is clearly related to Plaintiffs' claims and is not to be considered confidential. However, the parties have agreed that Plaintiffs' tax records will be considered "confidential" pursuant to the Protective Order. All other relief requested by Plaintiff in that Motion is DENIED.

**DATED** this ___16th___ day of ___Jan___, 2007.

nunc pro tunc 12-12-06

BY THE COURT:

_____
Magistrate Judge